# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

## McALLEN DIVISION

United States District Court
Southern District of Texas
FILED
FEB 24 2013
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Salomon ESPINOZA-Morin
A76 313 677
AKA: Samuel ESPINO-Morales
IAE    YOB: 1955
Mexico

(Name and Address of Defendant)

# CRIMINAL COMPLAINT

Case Number: M-13-0316-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 22, 2013** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On February 22, 2013, Salomon ESPINOZA-Morin, a citizen of Mexico, was encountered by Immigration Enforcement Agents at the Starr County Jail in Rio Grande City, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on February 23, 2013  Record checks revealed the defendant was formally removed from the United States to Mexico on May 6, 1999, via the Del Rio, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about February 21, 2013, by wading the Rio Grande River at or near Rio Grande City, Texas. On September 2, 1997, the defendant was convicted of Possession with Intent to Distribute 94.5 kilograms of Marijuana, and was sentenced to twenty-seven (27) months to the custody of the United States Bureau of Prisons and a supervised release term of three (3) years.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved by AUSA K. Leo on 2/24/13

Signature of Complainant

Guadalupe Olvera    Deportation Officer
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**February 24, 2013**    4:03 pm    at    **McAllen, Texas**
Date                                                City and State

**Peter E. Ormsby**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer